**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 432
:
APPOINTMENT TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of January, 2019, Magisterial District Judge Beth Scagline-Mills, Allegheny County, is hereby appointed as a member of the Minor Court Rules Committee for a term expiring October 1, 2024.